People v Xicay (2025 NY Slip Op 05049)

People v Xicay

2025 NY Slip Op 05049

Decided on September 23, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: September 23, 2025

Before: Moulton, J.P., Mendez, O'Neill Levy, Michael, Chan, JJ. 

Ind. No. 2840/16|Appeal No. 4707|Case No. 2018-1099|

[*1]The People of the State of New York, Respondent,
v
Walter Xicay, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Harold V. Ferguson Jr. of counsel), for appellant.

Judgment, Supreme Court, New York County (Melissa C. Jackson, J.), rendered April 6, 2017, as amended April 24, 2017, convicting defendant, upon his plea of guilty, of attempted murder in the second degree, and sentencing him to a term of five years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fees imposed at sentencing, and otherwise affirmed.
Based on our own interest of justice powers, we vacate the surcharge and fees imposed on defendant at sentencing (see People v Chirinos, 190 AD3d 434 [1st Dept 2021]). We note that the People do not oppose this relief.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: September 23, 2025